James **BOSTIC**, Appellant,

v.

**UNITED STATES of America,**
Appellee.

No. 17439.

United States Court of Appeals
District of Columbia Circuit.

Argued Feb. 18, 1963.

Decided Feb. 28, 1963.

Mr. Edward J. Skeens, Washington, D. C., for appellant.

Mr. Barry Sidman, Asst. U. S. Atty., with whom Messrs. David C. Acheson, U. S. Atty., and Frank Q. Nebeker and Oscar Altshuler, Asst. U. S. Attys., were on the brief, for appellee.

Before. EDGERTON, WASHINGTON, and BASTIAN, Circuit Judges.

PER CURIAM.

We remanded this case to the District Court for a hearing on the issue of appellant's competency to stand trial. Bostic v. United States, 112 U.S.App. D.C. 17, 298 F.2d 678 (1961). See also Bostic v. United States, 68 App.D.C. 167, 94 F.2d 636 (1937), cert. denied, 303 U.S. 635, 58 S.Ct. 523, 82 L.Ed. 1095 (1938); Bostic v. Rives, 71 App.D.C. 2, 107 F.2d 649 (1939), cert. denied, 309 U.S. 664, 60 S.Ct. 593, 84 L.Ed. 1011 (1940). The District Court held a hearing, found that appellant was competent to stand trial, and denied his motion to vacate his sentence pursuant to 28 U.S.C. § 2255. D.C., 206 F.Supp. 855 (1962). We find no error.

Affirmed.